**INGLE ELIA PLLC**
2942 North 24th Street, Suite 114
Phoenix, Arizona 85016
Telephone: (602) 606-7955
Facsimile: (866) 593-1697
Christopher B. Ingle – 025553
chris@ielawfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIOLEX LTD., a foreign corporation d/b/a COMPLAINTSBOARD.COM; COMPLAINTSBOARD.COM, an unregistered business entity; MARK SCHULTZ, an individual,<br><br>Defendants. | Case No: 2:12-cv-00130-GMS<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT COMPLAINTSBOARD.COM**<br><br>*(Assigned to the Honorable G. Murray Snow)* |

This Corporate Disclosure Statement is filed on behalf of Defendant complaintsboard.com, in compliance with the provisions of:

__X__ Rule 7.1, *Fed.R.Civ.P.*, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock and states that there is no such corporation.

_____ Rule 12.4(a)(1), *Fed.R.Crim.P.*, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent

corporation and any publicly held corporation that owns 10% or more of its stock and states that there is no such corporation.

_____ Rule 12.4(a)(2), *Fed.R.Crim.P.*, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

_____ Other (please explain).

_____

_____

RESPECTFULLY SUBMITTED this 10th day of August, 2012.

**CASE ELIA PLLC**


By /s/ *Christopher B. Ingle*
Christopher B. Ingle
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby verify that on August 10, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following:

David S. Gingras
Gingras Law Office PLLC
3941 East Chandler Boulevard, Suite 106-243
Phoenix, Arizona  85048
david@gingraslaw.com
*Attorneys for Plaintiff*

Maria Crimi Speth
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
*Attorneys for Plaintiff*

/s/ *Christopher B. Ingle*
Christopher B. Ingle