# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, | No. CV-12-130-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Mediolex Ltd. et al., | |
| Defendants. | |

Before the Court is Plaintiff's Counsel David Gingras' Motion to Withdraw with Client Consent. (Doc. 59.) The motion—which satisfies the requirements of Local Rule of Civil Procedure 83.3(b)—explains Mr. Gingras never intended to act as both an advocate and a witness at trial and correctly notes that Ethical Rule 3.7 would therefore not apply.

Accordingly,

**IT IS HEREBY ORDERED granting** Mr. Gingras' Motion to Withdraw with Client Consent. (Doc. 59.) The Clerk shall terminate David Gingras as an attorney of record for Plaintiff.

DATED this 9th day of April, 2014.

_____
Stephen M. McNamee
Senior United States District Judge