**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL TRIAL MINUTES - GENERAL**

Phoenix Division

CV-12-0130-PHX-SMM          DATE: 4/16/2014
Year   Case No   Initials

HON: STEPHEN M. MCNAMEE

Caption: Xcentric Ventures LLC v Mediolex Limited, et al

Deputy Clerk: Lisa Richter        Court Reporter: Candy Potter

Plaintiff's counsel:   Maria Speth and Laura Rogal

Defendants' counsel:   Logan Elia and Christopher Ingle

Interpreter:   Irina Simakova (as needed)

===============================================================================

**PROCEEDINGS:** __ Jury Trial   X   Court Trial   __ Voir Dire   __ Jury Sworn

Bench Trial - Day 2

8:56 a.m.  Reconvene.  Discussion is held regarding impeachment exhibit.  9:18 a.m.  Recess.

9:26 a.m.  Reconvene.  Sergey Kudrjavcev resumes the stand and is examined further.  10:53 a.m.  Recess.

11:06 a.m.  Reconvene.  Sergey Kudrjavcev resumes the stand and is examined further.  Exhibits 17, 10 (previously admitted), 102 and 116 are admitted in evidence.  12:10 p.m.  Recess.

1:20 p.m.  Reconvene.  Sergey Kudrjavcev resumes the stand and is examined further.  Exhibits 113, 109 and 110 are admitted in evidence.  2:40 p.m.  Recess.

2:57 p.m.  Reconvene.  Sergey Kudrjavcev resumes the stand and is examined further.  The witness is excused.  Plaintiff's oral motion to substitute party is GRANTED.  The clerk is directed to substitute defendant Sergey Kudrjavcev for defendant Mark Schultz in this matter.  Closing arguments are presented.  Exhibits 32, 33, 37 and 38 are admitted in evidence.  The matter is taken under advisement.  4:18 p.m.  Court is adjourned.

Start time: 8:56 a.m.  Stop time: 4:18 p.m.
Total court time: 6 hours, 12 mins.