# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, ) | No. CV-12-130-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Mediolex Ltd. et al., ) | |
| Defendants. ) | |

Before the Court is Defendants's Motion for Award of Attorney's Fees and Costs. (Doc. 79.) Defendant filed its motion for attorney's fees and costs after the Court found in favor of Defendants on all of Plaintiff's claims. (Id; Doc. 75.)

On June 12, 2014, Plaintiff appealed the Court's decision to the United States Court of Appeals for the Ninth Circuit. (Doc. 77.) After carefully weighing and balancing the interests of the Court, counsel, and the litigants in this matter, the Court has determined that it would be imprudent to resolve Defendants' pending motion for attorney's fees and costs while Plaintiff's appeal is pending.

Therefore, the Court will deny Defendants' motion for attorney's fees and costs without prejudice with leave to re-file its motion upon the Ninth Circuit's resolution of the appeal in this matter. See CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for

litigants. The exertion of this power calls for the exercise of a sound discretion.").

Accordingly,

**IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE** Defendants' Motion for Attorney's Fees and Costs. (Doc. 79.) Defendants may re-new their motion for attorney's fees and costs after the Ninth Circuit's resolution of Plaintiff's appeal.

**IT IS FURTHER ORDERED** that Defendants may reinstate its motion at the proper time by filing a motion to renew its motion for attorney's fees and costs; Defendants need not refile the original motion.

DATED this 1st day of October, 2014.

*[signature]*

Stephen M. McNamee
Senior United States District Judge